UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -2 PM 12: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
MEMPHIS

UNITED STATES OF AMERICA

V.

Criminal No. 04-20254-DP
No. 04-MJ-075

SONNY SHIELDS
LENDZO PARKER and
JAMES STAFFORD

---

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

---

Before the court is the motion of Howard Manis, appointed counsel for the defendant James Stafford, seeking an order from this court allowing him to withdraw from the representation of defendant James Stafford. Counsel states that he is moving out of town and will no longer be available to represent defendant Stafford.

For good cause shown, Howard Manis be and hereby is allowed to withdraw as counsel for defendant Stafford. The appointment of Howard Manis is therefore terminated, and new counsel will be appointed for the defendant.

Bernice Donald
United States District Court Judge

August 1, 2005
Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:04-CR-20254 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Quinn
THE BOGATIN LAW FIRM
1661 International Place Dr.
Ste. 300
Memphis, TN 38120

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Paula Skahan
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

Gerald D. Skahan
THE SKAHAN LAW FIRM
202 Adams Ave.
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Howard L. Wagerman
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Glenn Wright
WADDEY & PATTERSON
414 Union St.
Ste. 2020
Nashville, TN 37219

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Bernice Donald
US DISTRICT COURT