**FILED IN OPEN COURT.**
DATE: _____ 10·5·5
TIME: 10:28 AM
INITIALS: E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

LENDZO EARL PARKER                          04cr20254-3-D

## SUPERSEDING INDICTMENT
## ORDER ON ARRAIGNMENT

This cause came to be heard on _____10-05-05_____ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Lorna Mc Clusky for Bill Massey_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1201(a) KIDNAPPING
(1) 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN

Attorney assigned to Case: T. Arvin

Age: 23

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 221 in case 2:04-CR-20254 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Bernice Donald
US DISTRICT COURT